FILED
CLERK, U.S. DISTRICT COURT

6/22/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HENSLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>   v.<br>GENERAL REVENUE CORPORATION,<br><br>        Defendant. | Case No. CV 17-3641 FMO (JEMx)<br><br>**ORDER DISMISSING ACTION** |

The court has reviewed the plaintiff's Amended Notice of Settlement ("Notice"), in which plaintiff states the parties have settled plaintiff's individual claim with prejudice and will seek to dismiss the class claims without prejudice. (See Notice at 1).

Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 22d day of June 2017.

                                                                      /s/
                                        Fernando M. Olguin
                                    United States District Judge